# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147261(82)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

LEVON LEE BYNUM,
     Defendant-Appellee.
_____/

SC: 147261
COA: 307028
Calhoun CC: 2011-001705-FC

On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan for leave to file a late amicus curiae brief is GRANTED. The amicus brief submitted on March 24, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2014

